Case 2:06-cv-00156-TSZ    Do

06-CV-00156-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOCORRO ROQUE, | CASE NO. C06-0156-TSZ |
| Petitioner, | |
| v. | ORDER GRANTING HABEAS PETITION |
| MICHAEL CHERTOFF, et al., | |
| Respondent. | |

The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation;

(2)    The Petition for Writ of Habeas Corpus (Dkt. #1) is GRANTED;

(3)    This matter is REMANDED to the Seattle Immigration Court for the purpose of providing petitioner with an individualized bond hearing within <u>30 days of the date of this Order</u>. The Immigration Judge is to determine, based on the standard set forth in INA § 236(a), whether, and under what conditions, petitioner may be

ORDER GRANTING HABEAS PETITION
PAGE -1

released from custody pending the habeas corpus proceedings in this Court.;

(4)  Respondents' motion to dismiss (Dkt. #9) is DENIED; and

(5)  The Clerk shall send a copy of this Order to all counsel of record, and to the Honorable Mary Alice Theiler.

DATED this 12 day of June, 2006.

_____
THOMAS S. ZILLY
United States District Judge

ORDER GRANTING HABEAS PETITION
PAGE -2